# INDEX TO EXHIBITS

*Yazmin Juárez Coyoy v. City of Eloy*
No. CV-19-01391-PHX-JJT (JFM)

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Inter-Governmental Service Agreement ("IGSA") |
| 2 | IGSA Medical Amendment |
| 3 | Eloy-CoreCivic Agreement |
| 4 | February 21, 2018 Office of Inspector General Report |
| 5 | IGSA Modification |
| 6 | Human Rights Watch Article |
| 7 | Washington Post Article |
| 8 | Eloy-CoreCivic Amended Agreement |
| 9 | Email Exchange Between Counsel |
| 10 | Eloy Notice of Claim |

3571302.1