# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yazmin Juarez Coyoy, | No. CV-19-01391-PHX-JJT (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Eloy, et al., | |
| Defendant. | |

The Court, having reviewed Defendant's Unopposed Motion to Extend Time to File Reply in Support of Motion to Dismiss (Doc. 15), and good cause appearing,

IT IS ORDERED granting the Unopposed Motion (Doc. 15). Defendant has until May 20, 2019 to file its reply in support of Motion to Dismiss (Doc. 11).

Dated this 9th day of May, 2019.

Honorable Eileen S. Willett
United States Magistrate Judge